# GRIMES & BATTERSBY, LLP
ATTORNEYS AT LAW
488 MAIN AVENUE
NORWALK, CONNECTICUT 06851-1008
(203) 849-8300

www.gandb.com


RECEIVED
MAR 17 2005
CHAMBERS OF
COLLEEN McMAHON

Fax (203) 849-9300

**MEMO ENDORSED**

March 17, 2005

*Via Facsimile*
Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

3/17/05 — extend 30 days further — no further extensions will be granted [signature]

RE: **Altadis U.S.A. Inc. and Cuban Cigar Brands, N.V. v. Parliament Import Co. d/b/a Parliament Wine Co.**
Docket Number: 04 CIV 9306 (CM)
Our File No. CB007USL112

Dear Judge McMahon:

We are counsel for Plaintiffs Altadis U.S.A. Inc. and Cuban Cigar Brands, N.V. in the above referenced matter. Together with Defendant, Parliament Import Co. d/b/a/ Parliament Wine Co., we have reached an agreement in principle to resolve the matter. At the parties' request, this Court granted a thirty (30) day order which will expire March 18, 2005. The Defendant has requested that we seek an additional thirty (30) days so that the remaining steps to effectuate the final Settlement Agreement may be taken.

Accordingly, we ask that the court renew the thirty (30) day order.

Very truly yours,

Edmund J. Ferdinand, III

cc:  Charles W. Grimes, Esq.
     Russell D. Dize, Esq.
     Counsel for Defendant (no appearance on file)

Copies mailed / handed / faxed to counsel 3/18/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____